AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 12cr171 (JPO) |
| MIKHAIL ZEMLYANSKY, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Mikhail Kremerman

Date: May 16, 2012

*Attorney's signature*

Jonathan P. Bach (JB 9710)
*Printed name and bar number*

Cooley LLP
1114 Avenue of Americas
New York, NY 10036
*Address*

jbach@cooley.com
*E-mail address*

(212) 479-6470
*Telephone number*

(212) 479-6275
*FAX number*